IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19 PM 4: 19

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KALAM K. YIEL,

Defendant.

4:25CR3070

INDICTMENT

18 U.S.C. § 922(g)(1),
18 U.S.C. § 924(d), and
28 U.S.C. § 2461(c)

The Grand Jury charges that:

## COUNT I

On or about August 9, 2025, in the District of Nebraska, Defendant KALAM K. YIEL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 7, 2022, for conspiracy to possess firearms in furtherance of drug trafficking offenses, and conspiracy to distribute marijuana, in the United States District Court for the District of Nebraska, case number 4:20CR3120, did knowingly possess in and affecting commerce a black Walther PPX 9mm handgun, which had been shipped and transported in interstate and foreign commerce.

This was done in violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Count One are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) alleged in Count One of this Indictment, the Defendant, KALAM K. YIEL shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained,

directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.  Such property includes, but is not limited to, the property described below:

a.  The following firearm, attachments, accessories, and ammunition seized on or about August 9, 2025, specifically:

     i.  a black Walther PPX 9mm handgun, serial number FBC7577;

     ii.  a magazine for that firearm; and

     iii.  9mm ammunition

3.  If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney